## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FLOYD M. CHASTAIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 1:13-cv-0258-TWP-MJD |
| | ) | |
| D. LAWRENCE, Warden, and | ) | |
| U.S. DISTRICT COURT OF | ) | |
| SOUTHERN DISTRICT OF INDIANA, | ) | |
| | ) | |
| Respondents. | ) | |

## E N T R Y

This matter is before the Court on several matters. The first being Petitioner Floyd M. Chastain's ("Mr. Chastain") Motion of Consent to the Magistrate Judge's Authority to Order Transport of Property. This Motion is not responsive to any procedural or substantive matter which is pending at this time and therefore, the Motion [Dkt. 7] must be **denied**.

Next, because Mr. Chastain is proceeding forma pauperis, the Court must review the complaint and determine whether it is frivolous, malicious or fails to state a claim on which relief may be granted. See 28 U.S.C. 1915(e)(2). In order to properly screen this action, Mr. Chastain needs to clarify certain matters. That said, Mr. Chastain shall have **through April 11, 2013**, in which to explain why the United States District Court for the Southern District of Indiana has been designated as a co-respondent in this action for habeas corpus relief.

Finally, at the bottom of page 1 of his habeas petition, Mr. Chastain states that he is challenging a conviction entered on May 9, 1985 in the Circuit Court of the Twelfth Judicial Circuit of Florida in Manatee County. Mr. Chastain shall also have **through April 11, 2013**, in which to explain why this action was brought in the Southern District of Indiana, when the legal claim upon which he asserts that his present custody is unlawful, is the state of Florida. Additionally, he must identify each federal habeas action he has brought in the past challenging his conviction or sentence in the Manatee County case docketed as No. 84-749F. If a detainer has been lodged with the petitioner's Florida custodian relating to his conviction for an offense in this District (the Southern District of Indiana), then Mr.

Chastain will need to provide the details surrounding that detainer and explain whether it is the detainer which is being challenged.

**SO ORDERED.**

Date: 03/21/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Floyd M. Chastain**
**099080**
**Hardee Correctional Institution**
**D3 201-C**
**6901 State Road 62**
**Bowling Green, FL  33834-9505**